**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

UNITED STATES OF AMERICA                                             PLAINTIFF

vs                                                        CRIMINAL ACTION NO. 3:17CR-33-CRS

ANDREW SAAS                                                             DEFENDANT

## REPORT AND RECOMMENDATION

This case was called in open court on April 21, 2017, to conduct an initial appearance, arraignment, and plea. Amanda E. Gregory, Assistant United States Attorney, was present, on behalf of the United States of America. The defendant, Andrew Saas, was present with Brian Butler, retained counsel. The proceedings were recorded by Alan Wernecke, Official Court Reporter.

The defendant acknowledged his identity, was advised of the nature of the charge against him and of his right to be prosecuted by Indictment. A Waiver of Indictment was executed by the defendant and formality of arraignment was waived.

The defendant, by counsel, advised the Court that he desired to enter a plea of guilty to Count One of the Information pursuant to a Rule 11(c)(1)(B) plea agreement. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty plea was knowledgeable and voluntary as to Count One of the Information, and that the offense charged was supported by an independent basis in fact concerning each of the essential elements of such offense. Therefore, the undersigned recommends that the plea of guilty be accepted, and that the defendant be adjudged guilty as to Count One in the Information and have sentence imposed accordingly.

**The defendant shall have fourteen (14) days to file any objections to this recommendation pursuant to Fed.R.Crim.P. 72(b), or waive the opportunity to do so.**

**IT IS HEREBY ORDERED** that this matter is scheduled, for sentencing on **July 14, 2017 at 11:00 a.m.** before the Honorable Charles R. Simpson, III, Senior United States District Judge.

Upon recommendation of the United States Probation Office and by agreement of the United States,

**IT IS FURTHER ORDERED** that the defendant is released on an unsecured bond in the amount of $25,000.00 with conditions pending further Order of the Court.

cc: Counsel of Record
    United States Probation

0|20